Entered on Docket
April 01, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: April 01, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                    No. 10-40860 EDJ
                                         Chapter 7
ROBERT DANIEL EBERWEIN,

_____Debtor./

MEMORANDUM AND ORDER DENYING MOTION
FOR NUNC PRO TUNC ENTRY OF PROOFS OF CLAIMS

Claimant Lisa Swain-Morris (the "claimant") has filed a motion and supporting documentation requesting nunc pro tunc entry of her proofs of claims in the above-captioned case.[1] The subject claims bear an original file stamp date of February 2, 2010, and were entered into the claims register by the clerk of court on March 22, 2010.[2]

Rule 3002(c) of the Federal Rules of Bankruptcy Procedure provides that in a case filed under chapter 7 or 13 of the Bankruptcy Code, a proof of claim is timely filed if it is filed not

---

[1] *See* docket nos. 51, 52, 54, 55, and 56.

[2] *See* claim nos. 5, 6, 7, 8, 9, and 10.

Memorandum and Order

later than 90 days after the first date set for the meeting of creditors called under Bankruptcy Code § 341.  In this case, the meeting of creditors was scheduled for March 24, 2010.[3]  The deadline for filing claims in the above-captioned case will therefore not occur until 90 days after that date, on or about June 24, 2010.  The proofs of claims filed by claimant are therefore timely, and nunc pro tunc entry thereof is not necessary.

    Claimant's motion is accordingly DENIED.

    IT IS SO ORDERED.

**END OF ORDER**

---

[3] Note that prior to conversion of this case to one under chapter 7 of the Bankruptcy Code, a meeting of creditors was scheduled to be held on April 8, 2010.

Memorandum and Order    2

| | COURT SERVICE LIST |
|---|---|
| 1 | |

Lisa Swain-Morris
Trustor
1054 10th Street
Oakland, CA 94607

Paul Mansdorf
1563 Solano Ave. #703
Berkeley, CA 94707

Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612

Memorandum and Order        3